**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| OBAIDULLAH ALOKOZAY,<br>Plaintiff,<br><br>v.<br><br>JOSEPH B. EDLOW, *et al.*,<br>Defendants. | Civil No.: 1:25-cv-01133 (ADA-SH )<br>(ECF) |

**ORDER RENotice of Voluntary Dismissal**

Pursuant to Federal Rules of Civil Procedure 41(a), Plaintiff, Obaidullah Alokozay, through undersigned counsel, voluntarily dismissed the above-entitled action against all Defendants without prejudice. This case is closed.

Signed: 07/07/2026.

ALAN D ALBRIGHT

UNITED STATES DISTRICT JUDGE